**IT IS ORDERED as set forth below:**



Date: May 21, 2015

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>URSULA GABRIELLA LENTINE,<br><br>  Debtor. | Case No. 15-53146-WLH<br><br>Chapter 7 |
| URSULA GABRIELLA LENTINE,<br><br>  Movant,<br><br>v.<br><br>SUNTRUST BANK ATLANTA,<br><br>  Respondent. | Contested Matter |

**ORDER DENYING WITHOUT PREJUDICE DEBTOR'S MOTION TO
DETERMINE SECURED STATUS OF CLAIM AND RELEASE
UNDERLYING LIENS ON PROPERTY**

This matter came before the Court on the Debtor's Motion to Determine Secured Status

of Claim and Release Underlying Liens on Property ("Motion") (Docket No. 9). The Court held

1

a hearing on the matter on May 21, 2015. Howard Jay Kent appeared on behalf of the Debtor. There was no appearance by the Respondent. For the reasons stated on the record, which the Court reserves the right to supplement, it is hereby

**ORDERED** that the Debtor's Motion is **DENIED** without prejudice. The clerk's office is directed to serve a copy of this Order on the Debtor, attorney for the Debtor, Respondent, and the Chapter 7 Trustee.

### END OF DOCUMENT

### DISTRIBUTION LIST

Ursula Gabriella Lentine
2970 Appling Way
Atlanta, GA 30341-3910

Howard Jay Kent
The Kent Law Firm
Suite 750
3355 Lenox Road
Atlanta, GA 30326

Kyle A. Cooper, Trustee
Suite 102
615 Colonial Park Drive
Roswell, GA 30075

William H. Rogers, CEO
303 Peachtree ST NE, 30th Floor
Atlanta, GA 30308

Corporation Service Company
Registered Agent for SunTrust Bank Atlanta
Bank of America Center – 16th Floor
1111 East Main Street
Richmond, VA 23219

SunTrust Bank Atlanta
55 Park Place, NE
Suite 1055
Atlanta, GA 30303